UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

CHRISTINE LUCZKOW
      Plaintiff,    Civil Action No.3:20-CV-02089-CL
vs.

COMMISSIONER of Social Security,    ORDER GRANTING AWARD
      Defendant       /    OF EAJA FEES

_____ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in Astrue v Ratliff, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of **$6,076.69**, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in Ratliff shall be paid to the Plaintiff, and mailed to the attorney's office.

Ordered this __26__ day of October, 2021.

_____
Mark D. Clarke
United States Magistrate Judge

Presented by:

s/Lisa R. Lang
Lisa R.J. Porter Lang, OSB 025035
Attorney for Plaintiff
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035